UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Ricardo Done,
                Plaintiff(s),

   -against-                                        20cv7333(GBD)
                                                              PRO SE PRETRIAL
Commissioner of Social Security;            CONFERENCE
Social Security Administration
                Defendant(s).
------------------------------------------------------------------X

      Pro se Plaintiff and counsel for all parties are hereby notified that this case is referred to Magistrate Judge Katherine H. Parker for the purposes of Case Management and Scheduling pursuant to Federal Rule Civil Procedure 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures. If you are unaware of the identity of counsel for any of the parties, you must send a copy of the notice and rules to that party personally.

      All correspondence to the Court should be addressed to the chambers of Magistrate Judge Katherine H. Parker and submitted to the Pro Se Intake Unit, located in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 telephone (212) 805-0175.

      Any procedural questions by Pro Se plaintiff should be addressed to the Office of Pro Se Intake Unit at (212) 805-0175.

Dated: March 31, 2021
        New York, New York

                                                                   SO ORDERED:

                                                                   George B. Daniels
                                                                   United States District Court