UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
RICARDO D.,

                Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------x

ORDER

20 Civ. 07333 (GBD) (GRJ)

GEORGE B. DANIELS, United States District Judge:

    The deadline to file written objections to the Report and Recommendation issued August 22, 2022, (ECF No. 35), is extended from September 6, 2022 to September 15, 2022. Response papers, if any, are due on or before September 28, 2022.

Dated: August 30, 2022
       New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge