UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RICARDO D.,

                Plaintiff,                       20 **CIVIL** 7333 (GBD)(GRJ)

     -against-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2022, having reviewed Magistrate Judge Jones's Report as well as Plaintiff's objections, this Court has ADOPTED the Report in full and overrules Plaintiff's objections. Accordingly, Plaintiff's motion for an award of benefits, or in the alternative, remand is DENIED and Defendant's motion for judgment on the pleadings is GRANTED. Magistrate Judge Jones's findings regarding the administrative law judge's decision are well-reasoned and grounded in fact and law. This Court has carefully reviewed Magistrate Judge Jones's comprehensive Report and finds no error, clear or otherwise. Accordingly, Plaintiff's objections are OVERRULED and Magistrate Judge Jones's Report is ADOPTED. The Commissioner's decision is affirmed and Plaintiff's request for an award of benefits, or in the alternative, remand is denied. This action is hereby dismissed.

**Dated:**  New York, New York
        September 30, 2022

                                                  **RUBY J. KRAJICK**

                                                  _____
                                                  **Clerk of Court**
                           **BY:**    *K. Mango*
                                                  _____
                                                  **Deputy Clerk**