UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
RICARDO D.,  :

               Plaintiff,  :     ORDER

    -against-  :     20 Civ. 07333 (GBD) (GRJ)

COMMISSIONER OF SOCIAL SECURITY,  :

              Defendant.  :
----------------------------------x

GEORGE B. DANIELS, United States District Judge:

    Having received instruction from the Second Circuit, the Acting Commissioner's final decision is hereby VACATED, and this matter is remanded to the agency for further proceedings concerning Plaintiff's entitlement to benefits.

Dated: November 21, 2023
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge