**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RICARDO D.,

                Plaintiff,                20 **CIVIL** 7333 (GBD)(GRJ)

      -v-                                   <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 27, 2023, having received instruction from the Second Circuit, the Acting Commissioner's final decision is hereby VACATED, and this matter is remanded to the agency for further proceedings concerning Plaintiff's entitlement to benefits.

**Dated:** New York, New York
          November 27, 2023

                                                    **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                              **BY:**      K. Mango

                                                     **Deputy Clerk**